IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM BUCK, R21689, | ) |
| Plaintiff, | ) |
| vs. | ) |
| SGT. RIGDON, C/O PURDOM, C/O EDWARDS, C/O MALLORY, C/O HOLLE, C/O WEAVER, HUNZIKER, LT. SAMUELS, LT. GARDINER, I.A. PHELPS, REGELSBERGER, PAPPAS, | ) Civil Action No. 18-cv-2125-DWD |
| Defendant. | ) |

**MOTION FOR STATUS CONFERENCE IN LIEU OF SETTLEMENT CONFERENCE**

Plaintiff, William Buck, R21689, by and through his attorneys, Daniel Fenske, Daniel Rottenberg, and Sofia Orelo of Mayer Brown LLP, hereby moves to set a status conference in lieu of the upcoming August 21, 2023 settlement conference, stating as follows:

1. On November 16, 2022, Attorney Fenske was appointed as counsel for Plaintiff. (Doc. 184.)

2. On December 13, 2022, Judge Dugan referred the matter to this Court for a settlement conference. (Doc. 191.)

3. On February 1, 2023, Plaintiff filed an unopposed motion to reopen discovery.

4. Plaintiff has been on a hunger strike since February 2023, protesting Pontiac Correctional Center's refusal to provide him with adequate mental health and physical healthcare.

5. On March 20, 2023, this Court held a settlement conference that was ultimately cancelled due to Plaintiff feeling physically and mentally unable to meaningfully participate. (Doc. 200.)

6. On April 11, 2023, Plaintiff filed an Unopposed Motion to Continue Trial Date, indicating that more time was necessary to pursue settlement and that prior attempts to settle were thwarted by Plaintiff's physical condition. (Doc. 206.)

7. On April 12, 2023, Judge Dugan granted Plaintiff's Motion to Continue Trial Date, vacating the trial setting and pre-trial conference scheduled for May 2023 and noting that the trial dates would be reset. (Doc. 207.) Judge Dugan further noted that Plaintiff's motion to reopen discovery would be addressed by separate order following resolution of the parties' settlement conference. (*Id.*)

8. After a status conference with Magistrate Judge Sison on May 4, 2023, the settlement conference date was set for August 21, 2023. (Doc. 209)

9. Since May 4, 2023, Plaintiff's counsel has spoken with Plaintiff regularly and received updates on his condition.

10. Plaintiff's health has been rapidly declining. On July 22, 2023, fearing that the Plaintiff's condition had escalated to a life-threatening one, Plaintiff's counsel for his criminal case filed for a temporary restraining order seeking adequate medical treatment from the Pontiac defendants. The Court denied the Motion for a TRO. Counsel subsequently filed a Motion for Expedited Discovery. Proceedings in that case are ongoing.

11. On August 3, 2023, when Plaintiff's counsel last spoke to Plaintiff, it was apparent that, due to his current dire and deteriorating condition, Plaintiff will not be able to meaningfully participate in the August 21, 2023 settlement conference.

12. In light of the foregoing, Plaintiff respectfully requests that the Court set a status conference in lieu of the currently scheduled settlement conference, at which time Plaintiff's counsel can update the Court on the Plaintiff's condition and the parties can offer their views on the most

efficient next step in the case.  Plaintiff's counsel intends to request that Judge Dugan resolve Plaintiff's motion to re-open discovery, without waiting until completion of settlement discussions since it is unclear if and when any such settlement discussions may be able to commence. In the meantime, Plaintiff's counsel wishes to be able to pursue appropriate discovery in order to move this case along so that it can be ready to be tried, if and when the Court permits, and Plaintiff is physically able to participate in a trial.

13. The parties have conferred, and counsel for the Defendants have indicated that they take no position as to this request.

14. This motion is not made for the purpose of undue delay, but rather for judicial economy.

WHEREFORE, for these reasons, Plaintiff respectfully requests that this Court grant its motion, strike the settlement conference scheduled for August 21, 2023, and schedule a status conference.

Dated: August 10, 2023

Respectfully submitted,

By: */s/ Daniel T. Fenske*
    Daniel T. Fenske
    Daniel Rottenberg
    Sofia Orelo
    MAYER BROWN LLP
    71 South Wacker Drive
    Chicago, IL 60606-7507
    Telephone: +1 312 701 8926
    Dfenske@mayerbrown.com
    Drottenberg@mayerbrown.com
    Sorelo@mayerbrown.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2023. I caused a copy of the foregoing document to be served upon the following attorneys of record by filing said document with the CM/ECF system, which will automatically send electronic notification to all counsel of record.

*/s/ Daniel Fenske*
Daniel Fenske
