045083/19344/TPD/AJM

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| WILLIAM BUCK, #R21689,<br><br>   Plaintiff,<br><br>v.<br><br>SGT. RIGDON, C/O PUXDOM, C/O EDWARDS, C/O MALLORY, C/O HALLE, C/O WEAVER, HUNZICKER, LT. SAMUELS, I.A. GARDINER, I.A. PHELPS, MS. PAPPAS, MISS R., and WARDEN MENARD CORRECTIONAL CENTER,<br><br>   Defendants. | No. 3:18-cv-02125-SMY |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

  I hereby enter my appearance as counsel for

  CHELSEA REGELSPERGER


DATED: August 23, 2023

/s/ Jaclyn A. Kinkade
Attorney's Signature

Jaclyn A. Kinkade, # 6333722
Name

100 North Broadway, Suite 1580
St. Louis, MO 63102
Address

(314) 241-1377
Phone Number

(314) 241-1320 (Fax)
Fax Number

jkinkade@cassiday.com
E-Mail Address

Rev. 2/11

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2023, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Kyrstin Beasley
Assistant Attorney General
Metro East Office
201 West Pointe Drive, Suite 7
Belleville, IL 62226
Kyrstin.Beasley@illinois.Gov

Christine G. McClimans
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea, IL 62226
Christine.McClimans@ilag.gov


Daniel T. Fenske
Sophia Orelo
Daniel Rottenberg
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL 60606
dfenske@mayerbrown.com
sorelo@mayerbrown.com
drottenberg@mayerbrown.com

                __Jaclyn A. Kinkade_____